UNITED STATES DISTRICT COURT     **<u>MAKE JS-6</u>**
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   **CV-13-2757-R**                                    Date: JUNE 27, 2013

Title:  OMID HASHEMI -V- GREGORIO ARROYO et al
=========================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

              <u>William Horrell</u>                                 <u>None Present</u>
              Courtroom Deputy                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

        None                                              None

PROCEEDINGS:     MINUTE ORDER (IN CHAMBERS) SUA SPONTE REMANDING ACTION TO
                 STATE COURT

        **A district court must remand a case to state court "if at any time
        before final judgment it appears that the district court lacks subject
        matter jurisdiction." 28 U.S.C. 1447(c). Because this is an unlawful
        detainer action, a federal question does not present itself. See
        Indymac Federal Bank, F.S.B. v. Ocampo, No. CV 09-2337, 2010 WL
        234828, *2 (C.D. Cal. Jan. 13, 2010) (sua sponte remanding an action
        to state court for lack of subject matter jurisdiction where plaintiff's
        complaint contained only an unlawful detainer claim). As such,
        this case is now REMANDED TO STATE COURT.
        Further, these Pro Se Defendants removed this identical case once
        before, in Case No. CV-13-1818-R, which was also sua sponte remanded
        to state court, for the identical reasons as stated above, and therefore,
        they are well aware they cannot remove this unlawful detainer action
        to federal court. Pro Se Defendants are now put on notice that if they
        improperly remove this case a third time, clearly only for the purpose
        of delaying the state court unlawful detainer action, monetary sanctions
        may be ordered against them.**

        **IT IS SO ORDERED.**

   cc: counsel of record